MALANI L. KOTCHKA
Nevada Bar No. 283
HEJMANOWSKI & McCREA LLC
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
Telephone: (702) 834-8777
Facsimile: (702) 834-5262
mlk@hmlawlv.com

*Attorneys for Defendant*
*The Act 1 Group, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH PARTYKA, on behalf of himself and those similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>THE ACT 1 GROUP, INC., a foreign corporation; DOES 1-10; AND ROE CORPORATIONS 11-20 INCLUSIVE,<br><br>Defendant. | Case No.: 2:19-cv-01618-RFB-BNW<br><br>**STIPULATION AND ORDER FOR DEFENDANT TO FILE A RESPONSIVE PLEADING**<br><br>**(First Request)** |

Plaintiff and Defendant The ACT 1 Group, Inc., by and through their respective counsel, hereby stipulate and agree that Defendant shall have through October 4, 2019, to file its responsive pleading. This is the first stipulation for extension of time to file a responsive

///

///

///

pleading.

Dated this 20th day of September, 2019.

| KEMP & KEMP | HEJMANOWSKI & McCREA LLC |
|---|---|
| By: /s/ Victoria L. Neal<br>James P. Kemp<br>Nevada Bar No. 6375<br>Victoria L. Neal<br>Nevada Bar no. 13382<br>7425 W. Azure Drive, Suite 110<br>Las Vegas, NV 89130<br><br>*Attorneys for Plaintiffs* | By: /s/ Malani L. Kotchka<br>Malani L. Kotchka<br>Nevada Bar No. 283<br>520 South Fourth Street, Suite 320<br>Las Vegas, NV 89101<br><br>*Attorneys for Defendant*<br>*The ACT 1 Group, Inc.* |

**IT IS SO ORDERED**

**DATED: October 04, 2019**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**