JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
VICTORIA L. NEAL, ESQ.
Nevada Bar No.: 13382
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV 89130
702-258-1183 ph /702-258-6983 fax
jp@kemp-attorneys.com
vneal@kemp-attorneys.com

Attorneys for Plaintiff
*Kenneth Partyka*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| KENNETH PARTYKA<br><br>                     Plaintiff,<br><br>vs.<br><br>THE ACT 1 GROUP, INC., a foreign corporation; DOES 1-10; and ROE CORPORATIONS 11-20 INCLUSIVE<br><br>                     Defendants. | CASE NO.: 2:19-cv-01618-RFB-BNW<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and

…

…

…

…

…

…

…

1

respective counsel, that the above-entitled case be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated: July 13th 2021.

| | |
|---|---|
| /s/   Victoria L. Neal | /s/   Ryan P. Tish |
| JAMES P. KEMP, ESQ. | KENNETH P. ROBERTS, ESQ. |
| Nevada Bar No.: 6375 | California Bar No.: 74955 |
| VICTORIA L. NEAL, ESQ. | RYAN P. TISH, ESQ. |
| Nevada Bar No.: 13382 | California Bar No.: 274284 |
| KEMP & KEMP | K.P. ROBERTS AND ASSOCIATES, PLLC |
| 7435 W. Azure Dr., Suite 110 | 6355 Topanga. Canyon Blvd., Suite 403 |
| Las Vegas, Nevada 89130 | Woodland Hills, CA 91367 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Kenneth Partyka* | *The Act 1 Group, Inc.* |

/s/
MALANI L. KOTCHKA, ESQ.
Nevada Bar No.: 283
520 South Fourth Street, Suite 320
Las Vegas, NV 89101

*Attorney for Defendant*
*The Act 1 Group, Inc.*

## ORDER

**IT IS SO ORDERED.**

Dated: July 14, 2021.

_____
UNITED STATES DISTRICT JUDGE
HONORABLE RICHARD F. BOULWARE